[Grafton, June, 1882.]

### STATE v. COLLINS.

ATTACHMENT, for the violation of an injunction. Facts found by the court.

*Pike & Parsons*, for the state.

*Burleigh & Adams*, for the defendant.

STANLEY, J. Evidence of the defendant's intent, in mitigation of penalty, will be heard at the trial term.

*Case discharged.*

ALLEN and CARPENTER, JJ., did not sit: the others concurred.

---

[Grafton, June, 1882.]

### KIMBALL v. BRIDGEWATER.

### SARGENT v. LITTLETON.

The question being decided in *Wooster* v. *Plymouth*, *ante*, 193, the case was discharged.

---

[Coös, June, 1882.]

### TOWNE & a. v. LANCASTER STARCH CO. & a.

IN EQUITY. Facts found by the court.

*Ray, Drew & Jordan, Bingham, Mitchells & Batchellor*, and *Bingham & Aldrich*, for the plaintiffs.

*W. & H. Heywood* and *Ladd & Fletcher*, for the defendants.

DOE, C. J. By agreement of parties or further trial, there should be a distinct determination of the question whether this is a creditors' bill for the enforcement of the personal liability of stockholders, or a stockholders' bill prosecuted in the name of creditors.

STANLEY, ALLEN, and CARPENTER, JJ., did not sit: the others concurred.

On a further hearing of the case at the trial term it was found to be a creditors' suit, and it was subsequently settled by the parties.